UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT R. JIMENEZ,

Plaintiff,

v.

MARK BLYTHE, et al.,

Defendants.

Case No. 2:25-cv-06504-ODW-PD

**ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff Robert R. Jimenez's ("Plaintiff") First Amended Supplemental Complaint, the motions to dismiss the First Amended Supplemental Complaint filed by Defendants Doelli LLC and Scott Doellinger (collectively, "Doellinger") and the other by specially appearing Defendant Erhard R. Chorlé ("Chorlé") on behalf of United States Railroad Retirement Board ("RRB") employees Mark Blythe, Monica Chesser, Martin Lino, Jack Schreibman, Griselda Vivero-Monjaraz, and Jeramie Wondercheck (collectively, the "RRB Employee Defendants"), Plaintiff's oppositions to Doellinger and the RRB Employee Defendants' motions to dismiss, the replies to Plaintiff's oppositions filed by Doellinger and the RRB Employee Defendants, the records on file, the Report and

Recommendation of United States Magistrate Judge ("Report"), and Plaintiff's objections to the Report. Dkt. Nos. 1, 27, 37, 41, 44 to 49, 58, 60. The Court has engaged in a *de novo* review of the portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED as follows:

1. The Doellinger Defendants' Motion to Dismiss First Amended Supplemental Complaint is granted without leave to amend and with prejudice; and

2. The RBB Employee Defendants' Motion to Dismiss First Amended Supplemental Complaint is granted without leave to amend and with prejudice.

DATED: September 3, 2026



OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE