JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ROBERT R. JIMENEZ,
Plaintiff,
v.
MARK BLYTHE, et al.,
Defendants.

Case No. 2:25-cv-06504-ODW-PD

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: September 3, 2026

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE